UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| ANTUAN ROWELL,<br><br>Plaintiff,<br><br>v.<br><br>HEALTHCARE REVENUE RECOVERY GROUP, LLC,<br><br>Defendant. | Case No. 4:19-CV-02951-JCH |

**JOINT STIPULATION FOR DISMISSAL WITH PREJUDICE**

COME NOW Plaintiff and Defendant, by and through their undersigned counsel, and state to the Court that the above-captioned matter should be dismissed *with prejudice* with each party to bear its own attorneys' fees and costs.

Respectfully submitted,

| **ROSS & VOYTAS, LLC** | **FRANKEL, RUBIN, KLEIN, SIEGEL, PAYNE, & PUDLOWSKI, P.C.** |
|---|---|
| By: /s/ Richard A. Voytas, Jr.<br>Richard A. Voytas, Jr. # 52046 MO<br>rick@rossvoytas.com<br>Nathan K. Bruns, #71812 MO<br>bruns@rossvoytas.com<br>12444 Powerscourt Drive, Suite 370<br>St. Louis, MO 63131<br>(314) 394-0605 (telephone)<br>(314) 636-333-1212 (facsimile) | By: /s/ Mayer S. Klein (w/consent)<br>Mayer S. Klein, #32605<br>mklein@frankelrubin.com<br>231 South Bemiston Avenue, Suite 1111<br>Clayton, Missouri 63105<br>(314) 725-8000 (telephone)<br>(314) 726-5837 (facsimile) |
| Attorneys for Plaintiff | Attorney for Defendant |

## **CERTIFICATE OF SERVICE**

    I hereby certify that the foregoing document was filed electronically with the United States District Court for the Eastern District of Missouri, this 29th day of May, 2020, with notice of case activity generated and sent electronically to all counsel of record.

                                           /s/ Richard A. Voytas, Jr.